UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKEE BALL, INC., a Pennsylvania corporation, | ) Case No.: 11-CV-6277 (NGG) (JO) |
| | ) |
| Plaintiff, | ) Honorable Judge Nicholas Garaufis |
| v. | ) Magistrate Judge James Orenstein |
| | ) |
| FULL CIRCLE UNITED, LLC, a New York | ) Complaint filed: October 5, 2011 (USDC, |
| limited liability company, | ) Northern District California) |
| | ) |
| Defendant. | ) Transferred to EDNY: December 23, 2011 |
| | ) |
| | ) (E-Filing) |

## WITHDRAWAL OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

GERI S. KRAUSS
KRAUSS PLLC
1 N. Broadway, Suite 1001
White Plains, New York 10601-2310
Telephone: (914) 949-9100
Facsimile: (914) 949-9109

RICHARD J. IDELL (*pro hac vice* to be filed)
IDELL & SEITEL LLP
Merchants Exchange Building
465 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259
Email: richard.idell@idellseitel.com

*Attorneys for Plaintiff Skee Ball, Inc.,*
*a Pennsylvania corporation*

Per the Order of the Honorable Nicholas G. Garaufis dated December 29, 2011, Plaintiff SKEE BALL, INC., a Pennsylvania corporation ("Plaintiff"), hereby withdraws its consent to jurisdiction of a United States Magistrate Judge for all purposes and to have a United States Magistrate Judge conduct all proceedings in this case, including trial, and entry of a final

judgment.

Dated: January 3, 2012

KRAUSS PLLC

By: _____
Geri S. Krauss
*Attorneys for Defendant Skee Ball, Inc., a Pennsylvania corporation*

2
WITHDRAWAL OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE