# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKEE BALL, INC., a Pennsylvania corporation, | ) Case No.: 11-CV-6277 (DLI) (LB) |
| Plaintiff, | ) Honorable Judge Dora L. Irizarry, Presiding |
| v. | ) Magistrate Judge Lois Bloom |
| FULL CIRCLE UNITED, LLC, a New York limited liability company, | ) Complaint filed: October 5, 2011 (USDC, Northern District California) |
| Defendant. | ) Transferred to EDNY: December 23, 2011 |
| | ) (E-Filing) |
| AND RELATED COUNTERCLAIM | ) |

## JOINT STATUS REPORT REGARDING MEDIATION

Pursuant to the Honorable Magistrate Judge Lois Bloom's Order dated March 7, 2012, Plaintiff and Counter-Defendant SKEE BALL, INC., a Pennsylvania corporation, and Defendant and Counter-Claimant FULL CIRCLE UNITED, LLC, a New York limited liability company, submit the following joint report regarding the parties' efforts to schedule private mediation.

The parties have selected and agreed upon a private mediator, the Honorable Richard Hodge of ADR Services in San Francisco, California, and have agreed to conduct the mediation the week of July 9, 2012, subject to everyone's availability.

Dated: April 9, 2012

| | |
|---|---|
| IDELL & SEITEL LLP | SEDGWICK LLP |
| By: /Richard J. Idell/ | By: /Robert M. Harkins, Jr./ |
| RICHARD J. IDELL (*pro hac vice*) | ROBERT M. HARKINS, JR. (*pro hac vice*) |
| 465 California Street, Suite 300 | 333 Bush Street, 30th Floor |
| San Francisco, California 94104 | San Francisco, CA 94104-2834 |
| Telephone: (415) 986-2400 | Telephone: (415) 781-7900 |
| Facsimile: (415) 392-9259 | Facsimile: (415) 781-2635 |
| Email: richard.idell@idellseitel.com | Email: robert.harkins@sedgwicklaw.com |
| *Attorneys for Skee Ball, Inc.* | *Attorneys for Full Circle United, LLC* |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On April 9, 2012, the foregoing document/s:

**JOINT STATUS REPORT REGADING MEDIATION**

was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the New York, Eastern District's Local Rules, and/or the New York, Eastern District's Rules on Electronic Service upon the following parties and participants:

☒   by **ELECTRONIC MAIL.**

Robert M. Harkins, Jr. *(Pro hac vice)*
Jennifer Ming
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
PH: (415) 781-7900
FX: (415) 781-2635
Email: robert.harkins@sedgwicklaw.com
Email: jennifer.ming@sedgwicklaw.com
*Attorneys for Defendant and Counter-Claimant Full Circle United, LLC*

J. Gregory Lahr
Sedgwick LLP
125 Broad Street 39th Floor
New York, New York 10004-2400
PH: (212) 422-0202
FX: (212) 422-0925
Email: Gregory.lahr@sedgwicklaw.com
*Attorneys for Defendant and Counter-Claimant Full Circle United, LLC*

Jann Moorhead
Law Offices of Jann Moorhead
43 La Crescenta Way
San Rafael, CA 94901
Email: jannmoorhead@comcast.net
*Attorneys for Plaintiff and Counter-Defendant Skee Ball, Inc.*

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

/Darla M. Gilliard