UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>SKEE BALL, INC.,<br><br>        Defendant. | Civil Action No. 11-CV-5476 (LB) |
| SKEE BALL, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>FULL CIRCLE UNITED, LLC,<br><br>        Defendant. | Civil Action No. 11-CV-6277 (LB) |

**STIPULATION AND [PROPOSED] ORDER FOR NOTICE
OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed Rule Civ. P. 41(a)(1), and in accordance with the Settlement Agreement between Full Circle United, LLC ("FCU") and Skee Ball, Inc. ("SBI"), it is hereby stipulated by the parties that the above civil actions be dismissed with prejudice; each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated: July 17, 2014 | Dated: July 17, 2014 |
| /s/ Richard J. Idell | /s/ Kristen McCallion |
| Richard J. Idell | Kristen McCallion |
| Idell & Seitel, LLP | John T. Johnson |
| Merchants Exchange Building | FISH & RICHARDSON P.C. |
| 465 California Street, Suite 300 | 601 Lexington Avenue, 52nd Floor |
| San Francisco, CA 94104 | New York, New York 10022 |
| | Tel: (212) 765-5070 |
| Attorney for Defendant | Fax: (212) 258-2291 |
| SKEE BALL, INC. | |
| | Attorneys for Plaintiff |
| | FULL CIRCLE UNITED, LLC |